# EXHIBIT D

## Partial List of Assets

### Howard Street

**Description**
SHELVING SECTIONS, PALLET, 2-TIER, ADJUSTABLE, APPROXIMATELY 30 x 8' x 12'
SHELVING SECTION, PALLET, 5-TIER, ADJUSTABLE, APPROXIMATELY 36 x 8' x 20'
WELDER, W/ SERIES 60 WIRE FEEDER
WELDER, W/ SERIES 60 WIRE FEEDER
SCISSOR LIFT TABLES, APPROXIMATELY 40 x 50, HYDRAULIC
BRIDGE CRANE, SINGLE GIRDER, UNDERSLUNG, 6,000-LB CAPACITY, APPROXIMATELY 18' SP
WELDER, INCLUDING MILLER SERIES 70 24-VOLT WIRE FEED ATTACHMENT
CUSTOM WELDING JIGS, I-BEAM CONSTRUCTION, W/ HOLD-DOWN FIXTURES, STANDS
JIB CRANE, 1/2-TON CAPACITY, WELDED TO FRAME, W/ HOIST, APPROXIMATELY 8' SPAN
JIB CRANE, 1/2-TON CAPACITY, WELDED TO FRAME, W/ HOIST, APPROXIMATELY 10' SPAN
WELDER, INCLUDING MILLER SERIES 60 24-VOLT WIRE FEEDER
LIFT TABLE, 3,500-LB CAPACITY, APPROXIMATELY 52 x 24 PLATFORM, HYDRAULIC
HOIST, 1/2-TON CAPACITY, UNDERSLUNG ON SINGLE GIRDER, APPROXIMATELY 25' SPAN, W/
PRESS, HYDRAULIC, STRAIGHT SIDE, DOWN-ACTING, 15 STROKE OF SLIDE, 300-TON CAPACI
JIB CRANE, APPROXIMATELY 1-TON CAPACITY, MOUNTED ON 1/2-TON CAPACITY BEAM,
JIB CRANE, APPROXIMATELY 1-TON CAPACITY, MOUNTED ON 1/2-TON CAPACITY BEAM,
VERTICAL BANDSAW, TILTING FRAME TYPE
PRESS, 400-TON CAPACITY, HYDRAULIC, 4-POST DESIGN, 24 x 42, W/ CUSTOM GANG PRESS
WELDER, INCLUDING MILLER SERIES 60 24-VOLT WIRE FEEDER
WELDING JIG, ROLLER BEARING INFEED, I-BEAM CONSTRUCTION, APPROXIMATELY 3' x 12'
BRIDGE CRANE, SINGLE GIRDER, APPROXIMATELY 25' SPAN, W/ UNDERSLUNG BUDGIT 1/2-TO
WELDER, INCLUDING MILLER SERIES 60 24-VOLT WIRE FEEDER
BRIDGE CRANE, SINGLE GIRDER, APPROXIMATELY 25' SPAN, INCLUDING BUDGIT 1-TON CAPA
HOIST, 1/2-TON CAPACITY, ELECTRIC, W/ TROLLEY, MOUNTED ON I-BEAM, LEVER CONTROL
VERTICAL BANDSAW, TILTING FRAME TYPE
INFEED TABLE, HEAVY CONSTRUCTION, W/ APPROXIMATELY 4 ROLLER, APPROXIMATELY 44 x
JIB CRANES, 1/2-TON CAPACITY HOIST, LEVER CONTROL, APPROXIMATELY 8' REACH
GRINDER, DOUBLE END, W/ PEDESTAL
BELT SANDER, WET/DRY BELT GRINDER
VERTICAL BANDSAW, TILTING FRAME TYPE, W/ POWER INFEED, 4 ROLLERS, HYDRAULIC CLAM
IRONWORKER, CAPACITIES  5 x 5 x 1/2 ANGLE, 18 x 5/8 FLAT STOCK, 1-3/4 ROUND STOC
LIFT TABLES, AUTOQUIP, SERIES 35, 4,000-LB CAPACITY, APPROXIMATELY 24 x 48 PLATF
WELDER, INCLUDING MILLER SERIES 70 24-VOLT WIRE FEEDER
WELDER, INCLUDING MILLER 24-VOLT CONSTANT SPEED WIRE FEEDER
DRILL PRESS
WELDER, INCLUDING MILLER 22-AMPERE, 24-VOLT, WIRE FEEDER
WELDER
GAS MIXER, 0-2000-STANDARD CUBIC FEET PER HOUR CAPACITY, OXYGEN/ARGON MIXTURE
WELDER
WELDER, W/ MILLER SERIES 60 24-VOLT CONSTANT SPEED WIRE FEEDER

MITRE SAW, APPROXIMATELY 12 BLADE, COMPOUND, W/ CUSTOM BUILT TABLE
STORAGE AND RETRIEVAL CAROUSEL, 16-TIER, CHAIN CONVEYOR DRIVE, APPROXIMATELY 24
STORAGE AND RETRIEVAL CAROUSEL, 16-TIER, CHAIN CONVEYOR DRIVE, APPROXIMATELY 24
STORAGE AND RETRIEVAL CAROUSEL, 16-TIER, CHAIN CONVEYOR DRIVE, APPROXIMATELY 24
LIFT TRUCK, 4,600-LB CAPACITY, 189 MAXIMUM LIFT HEIGHT, LIQUID PROPANE GAS FUELE
AERIAL PLATFORM [STENCIL #12352, ADDITIONAL MACHINE #K2793], 1,000-LB CAPACITY,
WELDER, W/ MILLER SERIES 60 24-VOLT WIRE FEEDER
WELDER, W/ WIRE FEEDER
BRIDGE CRANE, 5-TON CAPACITY, SINGLE GIRDER, UNDERSLUNG, APPROXIMATELY 20' SPAN,
SHELVING SECTIONS, CANTILEVER, HORIZONTAL STORAGE, 5-TIER, AVERAGE 10'-15'
VERTICAL BANDSAW, TILTING FRAME TYPE, W/ HEAVY DUTY FEED AND EXIT CONVEYOR SECTI
VERTICAL BANDSAW, TILTING FRAME TYPE, W/ HEAVY DUTY FEED AND EXIT CONVEYOR SECTI
PUNCH PRESS, PNEUMATIC, 70-TON CAPACITY, DUAL PALM BUTTONS, APPROXIMATELY 15 x 1
PUNCH PRESS, PNEUMATIC, 70-TON CAPACITY, DUAL PALM BUTTONS, APPROXIMATELY 15 x 1
CUSTOM BUILT PRESS, I-BEAM FRAME, W/ (2) WHITNEY MODEL 770-05 HYDRAULIC PUNCHES,
SCISSOR LIFT TABLES, APPROXIMATELY 4' x 4', FOOT ACTIVATED
PRESS, HYDRAULIC, FOR HEAVY I-BEAM, CUSTOM, 4-POST DESIGN, 30 x 30
WELDER, W/ SERIES 60 WIRE FEEDER
SCISSOR LIFT TABLE, APPROXIMATELY 48 x 48
BRIDGE CRANE, 5-TON CAPACITY, SINGLE GIRDER, APPROXIMATELY 20' SPAN, UNDERSLUNG,
PRESS, HYDRAULIC, APPROXIMATELY 110-TON CAPACITY, W/ HYDRAULIC SYSTEM, OPERATOR'
SCISSOR LIFT TABLES, APPROXIMATELY 48 x 48, 6000-LB CAPACITY
WELDER, W/ SERIES S60 WIRE FEEDER, STAND MOUNTED
WELDER, W/ MILLER 22A WIRE FEEDER
SHELVING SECTIONS, PALLET, 3-TIER, ADJUSTABLE, APPROXIMATELY 42 x 12' x 12'
WELDER, W/ MODEL 10A WIRE FEEDER CONTROL
ACETYLENE/OXYGEN SET, PORTABLE, AIR REGULATOR AND GAUGE SETS, TORCH, LEADS, CART
SHELVING SECTIONS, PALLET, 2-TIER, APPROXIMATELY 6' x 15' H
WELDER, W/ WIRE FEEDER CONTROLLER
WELDER, W/ SERIES 60 WIRE FEEDER
ACETYLENE/OXYGEN SET, PORTABLE, AIR REGULATOR AND GAUGE SETS, TORCH, LEADS, CART
WELDER, PORTABLE, W/ ALL ACCESSORIES
STRETCH WRAP MACHINE , W/ APPROXIMATELY 40 x 40 TURNTA
POWDER LINE COATING
SPIRAL WRAPPER
SCALE, FLOOR MOUNTED, 48 x 48 PLATFORM, DIAMOND PLATE, STEEL, W/ FAIRBANKS REMOT
WELDERS, CONSTANT POTENTIAL DC ARC WELDING POWER SOURCE
PRESS BRAKE, 90-TON CAPACITY, 12' BED LENGTH OVERALL, MECHANICAL POWDER
IRONWORKER
SHELVING SECTIONS, PALLET, 2-TIER, ADJUSTABLE, APPROXIMATELY 8' x 14' x 42
SHELVING SECTIONS, HORIZONTAL STORAGE, CANTILEVER, ADJUSTABLE, APPROXIMATELY 14'
POWER SQUARING SHEAR, 3/16 MILD STEEL CAPACITY, 10' BED
WELDER
VERTICAL BANDSAW, INCLUDING HEAVY DUTY 24 ROLLER FEED CONVEYOR, APPROXIMATELY 12
GANG TYPE DRILL PRESS, 4-HEAD, INDIVIDUAL DRIVE MOTORS, 24 x 72 BED
WELDER, CV-DC WELDING POWER SOURCE, STOCK #903394, 450-AMPERE, DIGITAL READOUT
WELDER, CV-DC WELDING POWER SOURCE, STOCK 903394, 400-AMPERE, DIGITAL READOUT
INCLINE WELDING FIXTURE, CUSTOM, TUBULAR STEEL FRAME, INCLUDING MILLER DELTAWELD
LIFT TRUCK, HARD TIRES, OVERHEAD PROTECTION, TRIPLEX MAST
LIFT TRUCK, PNEUMATIC TIRES, LIQUID PROPANE GAS FUELED ENGINE, OVERHEAD PROTECTI

DB02:7761739.1                                                                                                    067999.1001

WELDER
WELDER
WELDER [STOCK #903394], 450-AMPERE, INCLUDING MILLER 24-VOLT CONSTANT SPEED WIRE
WELDER [STOCK 903394], 450-AMPERE, INCLUDING MILLER 60 SERIES 24-VOLT CONSTANT S
WELDER, CV-DC WELDING POWER SOURCE, STOCK #903785, INCLUDING MILLER 22A 24-VOLT
WELDER [STOCK #903785], CV-DC WELDING POWER SOURCE, INCLUDING MILLER 22A 24-VOLT
PIPE THREADER, SINGLE SPINDLE, STAND MOUNTED, W/ THREADING HEADS, CUTTER, REAMER
DRILL PRESS, BENCH MOUNTED, 10 x 10 TABLE
VERTICAL BANDSAW, METALMASTER, 15
MISCELLANEOUS ITEMS
BAKE-OFF OVEN, GAS FIRED, 750,000-BTU, BURNERS, HONEYWELL BURNER CONTROLS, CONTR
CLEANING STATION, 120 x 120 x 24 WELDED STEEL BASIN, W/ OVERHEAD SPRAY
PUNCH PRESS, OPEN BACK INCLINABLE, 60-TON CAPACITY, 4 STROKE, 12-1/2 SHUT HEIGHT
PRESS LINE, INCLUDING 300-TON CAPACITY PRESS, 37.5 x 65 BED, 6.3 ADJUSTMENT, 27
WELDERS [CODE #10555] INCLUDING LINCOLN WIRE FEEDER, SKID MOUNTED
PUNCH PRESS, APPROXIMATELY 10 RAM, 24 BETWEEN BEAMS, HYDRAULIC, REMOTE OPERATOR'
LIFT TRUCK, 5,000-LB CAPACITY, LIQUID PROPANE GAS FUELED ENGINE
LIFT TRUCK, 5,000-LB CAPACITY, LIQUID PROPANE GAS FUELED ENGINE, CUSHION TIRES
LIFT TRUCK, 15,000-LB CAPACITY, DIESEL FUELED ENGINE, SOLID TIRES
EMERGENCY REBUILD OF VERSON PLATE PRESS
EMERGENCY REPAIR 330
INFARED THERMOGRAPHY
330 TON PRESS EMERGENCY REPAIR
SNOWBLOWER, 8-HP MOTOR, 26 W, GAS ENGINE
ACETYLENE/OXYGEN SET, INCLUDING AIR REGULATOR AND GAUGE SETS, 2-WHEEL CART, LEAD
ACETYLENE/OXYGEN SET, PORTABLE, AIR REGULATOR AND GAUGE SETS, VALVES, TORCH, LEA
PICNIC TABLES, WOOD, W/ BENCHES PICNIC TABLE, WOOD, METAL FRAME, APPROXIMATELY 3
FOOT PLATE DIE
VERTICAL BANDSAW, APPROXIMATELY 24" THROAT, W/ MODEL DBW-1A BLADE WELDER, S/N 56
Tooling


### Third Street
**Description**
GENERATOR, LIQUID PROPANE GAS FUELED ENGINE, INCLUDING TRANSFORMER, CONTROL PANE
CONVEYOR CHAIN SECTION #1 RF-0102
TRUCKING/LABOR SLUDGE REMOVAL FOR REPAIR OF TANKS
ULTRA AIR LFT 620 AIR DRYER
TANK #1 BURNER REPAIR
NEW POST TOOLING FOR NILL #5
GEAR LUBE FILTER
BRIDGE CRANE, DOUBLE GIRDER, APPROXIMATELY 50' SPAN, APPROXIMATELY 2-TON CAPACIT
MOTOR FOR MILL 3
MILL #2 DRIVE REPLACEMENT
HEAVY DUTY BELT SKIMMER MILL#2
CONCRETE PAD REPLACEMENT ML#2
PORTABLE HYDRAULIC 50 & 70 TON
FABRICATED PAINT HOOKS
GAS MIXER, 0 TO 2000-STANDARD CUBIC FEET PER HOUR CAPACITY, OXYGEN/ARGON MIXTURE

PUMP, PORTABLE, 6" DIAPHRAGM, CANISTER TYPE FILTER, APPROXIMATELY 48" x 36" x 28
TWO UPRIGHT WELD TABLES
OLM SETUP/GUILD SHEAR & END WELDER
PRESS FEEDER LINE #7
HEAVY DUTY BELT OIL SKIMMER
BEAM MILL #3 STRAIGHT
HEAVY DUTY BELT OIL SKIMMER
REBUILD DC MOTOR
BEAM MILL #4 STRAIGHT
WELDER, MIG, INCLUDING MILLER SERIES 70 24-VOLT WIRE FEEDER
WELDER, MIG, INCLUDING MILLER SERIES 70 24-VOLT WIRE FEEDER
WELDER, INCLUDING MILLER SERIES 70 24-VOLT WIRE FEEDER
Replacement & Rebuild of yoder Gearboxes, beam mill #3
WELDER, INCLUDING MILLER SERIES 70 24-VOLT WIRE FEEDER
Replacement of Yoder Gearboxes, post mill #5
WELDER, INCLUDING MILLER SERIES 60 24-VOLT WIRE FEEDER
Control cabinet PLC & control system for Pre Notch Press
Replacement of Tally rand die accelerator, post mill #2
SCALE, PLATFORM, APPROXIMATELY 8' x 8', SURFACE MOUNTED, INCLUDING FAIRBANKS DIG
Post Mill #2 Straightener
WELDER, MIG
Fluke Thermal Imager-PDM program infared thermography
WELDER, MIG
replacement of Tallyrand die accelerator for Mill #4
AIR COMPRESSOR, ROTARY SCREW TYPE, 993-CUBIC FEET PER MINUTE CAPACITY, 100-LB PE
AIR DRYER, TYPE 456, R134A REFRIGERANT
AIR RECEIVER, WELDED CARBON STEEL, VERTICAL, APPROXIMATELY 48" x 12'
PALLET WRAPPER, APPROXIMATELY 48" TURNTABLE
WELDER, INCLUDING MILLER SERIES 70 24-VOLT WIRE FEEDER
WELDERS, INCLUDING LINCOLN POWER WIRE FEEDER
Paint Line Improvements
Beam Weld and Turks head rolls and shafts
STORAGE AND RETRIEVAL CAROUSEL, 16-SHELF, APPROXIMATELY 8' x 24", W/ CHAIN CONVE
No. 4 Beam Mill Rollform tooling
STORAGE AND RETRIEVAL CAROUSEL, 16-SHELF, APPROXIMATELY 8' x 24", W/ CHAIN CONVE
Bliss Model C-60 Backup press for strut pre-notch
STORAGE AND RETRIEVAL CAROUSEL, 16-SHELF, APPROXIMATELY 8' x 24", W/ CHAIN CONVE
SHELVING SECTIONS, PALLET, 4-TIER, ADJUSTABLE, APPROXIMATELY 42" W x 8' x 12'
AERIAL PLATFORM, SCISSOR LIFT [ALSO SHOWN AS UNIT #T826]
WELDER, STOCK #903517-01-8, 398-HOURS INDICATED, PORTABLE, INCLUDING (1) SINGLE
WELDER, PORTABLE, INCLUDING MILLER SERIES 60 WIRE FEEDER
PLASMA CUTTER, PORTABLE
BLAST CLEAN CABINET, DUAL OPERATOR, REACH IN DESIGN
WELDER
SHELVING SECTIONS, PALLET, MULTIPLE TIER, APPROXIMATELY 24" x 8' x 15' H
LIFT TRUCK, LIQUID PROPANE GAS FUELED ENGINE, 15,500-LB CAPACITY AT 24" LOAD CEN
UPENDER, W/ OPERATOR'S CONSOLE
BATTERY CHARGER, TYPE LA, W/ BATTERY RACK, 4-SECTION GRAVITY ROLLER CONVEYOR
LIFT UNIT [FOR LIFT TRUCK] BATTERY, 3,000-LB CAPACITY, PORTABLE, WALK-BEHIND, W/
PUNCH PRESS LINE NIAGARA

PUNCH PRESS LINE
WELDING SYSTEM STATION
BEAM WELDER STATION #2
SHELVING SECTIONS, PALLET, 2-TIER, APPROXIMATELY 8' x 12' x 42"
LIFT TRUCK, LIQUID PROPANE GAS FUELED ENGINE, 12,000-LB CAPACITY, TRIPLEX MAST,
ROLL FORMING LINE
CUSTOM BUILT WELDING FIXTURE, W/ I-BEAM FRAME, APPROXIMATELY 12', W/ CUSTOM HOLD
CUSTOM BUILT WELDING FIXTURE, W/ I-BEAM FRAME, APPROXIMATELY 12', W/ CUSTOM HOLD
SHELVING SECTIONS, PALLET, 3-TIER, ADJUSTABLE, 36 x 8 x 16 H
SHELVING SECTIONS, PALLET, 2-TIER, APPROXIMATELY 36" x 10' x 8' H
SHELVING SECTIONS, PALLET, 2-TIER, APPROXIMATELY 36" x 10' x 8' H
WELDER [HELD IN RESERVE ON DATE OF INSPECTION]
SHELVING SECTIONS, METAL, MULTIPLE TIER, ADJUSTABLE, APPROXIMATELY 24" x 8' x 10
LIFT TRUCK, SIT-DOWN/RIDING
WELDER, INCLUDING MILLER SERIES 70 WIRE FEEDER
VERTICAL BANDSAW, 18" x 22" CAPACITY, W/ 5-HP MOTOR, FEED ASSET CONVEYOR SECTION
DRILL PRESS, FLOOR TYPE, W/ 6" VISE, APPROXIMATELY 20" x 18" TABLE
CUSTOM BUILT BEAM TESTER, W/ I-BEAM BASE, APPROXIMATELY 16', ENERPAC MODEL PEM20
MISCELLANEOUS ITEMS, INCLUDING BUT NOT LIMITED TO (1) 2-DOOR STORAGE CABINET, AP
WELDER, INCLUDING MILLER SERIES 60 WIRE FEEDER
FIXTURES, WELDING, CUSTOM BUILT FOR UPRIGHT SECTION, WELDED STEEL FRAME, APPROXI
FIXTURE, WELDING, CUSTOM BUILT FOR UPRIGHT SECTION, WELDED STEEL FRAME, APPROXIM
HOPPER, SELF-DUMPING, USED W/ LIFT TRUCK, APPROXIMATELY 1-CUBIC YARD CAPACITY
SHELVING SECTIONS, PALLET, 3-TIER, ADJUSTABLE, APPROXIMATELY 42" x 8' x 12' H
SHELVING SECTIONS, PALLET, 3-TIER, ADJUSTABLE, APPROXIMATELY 30" x 8' x 15' H
WELDER, INCLUDING WIRE FEEDER
ROLLFORMING LINE #3
MISC FANS, BANDING TOOLS, HOPPERS
ROLLFORMING LINE #4
ROLLFORMING LINE #5
POWDER COATING LINE
TRUCK, STAKE BODY [ITEM NOT PHYSICALLY INSPECTED, VALUE BASED ON COMPANY-PROVIDE
TRUCK, STAKE BODY [ITEM NOT PHYSICALLY INSPECTED, VALUE BASED ON COMPANY-PROVIDE
TRAILER [ITEM NOT PHYSICALLY INSPECTED, VALUE BASED ON COMPANY-PROVIDED DATA, CO
TRAILER [ITEM NOT PHYSICALLY INSPECTED, VALUE BASED ON COMPANY-PROVIDED DATA, CO
AIR DRYER, 30-PSI GRAGE SET PURGE PRESSURE, DUAL VESSEL, SKID BASE, (2) DELTA SE
PUNCH PRESS, OPEN BACK INCLINABLE, 45-TON CAPACITY, 11.5" DIE SPACE, 18" x 28" B
JIB CRANE, COLUMN MOUNTED, APPROXIMATELY 12' REACH, W/ BOTTOM RIDING PNEUMATIC C
HOSE CRIMPER, MOBILE CRIMP, INCLUDING ASSORTED CRIMPING DIES, HYDRAULIC
JIB CRANE, COLUMN MOUNTED, APPROXIMATELY 15' REACH, W/ DAYTON 1/4-TON CAPACITY B
HYDRAULIC PRESS, 4-POST, INCLUDING 16" x 36" x 2-POST, 21" x 20" x 2-POST, APPRO
JIB CRANE, APPROXIMATELY 15' REACH, COLUMN MOUNTED, W/ APPROXIMATELY 1/4-TON CAP
JIB CRANE, APPROXIMATELY 15' REACH, COLUMN MOUNTED, W/ CM APPROXIMATELY 1/2-TON
BRIDGE CRANE SYSTEM, INCLUDING (3) 1/2-TON CAPACITY BRIDGES, EACH W/ 1/2-TON CAP
WELDING FIXTURES [VERTICAL UPRIGHT], APPROXIMATELY 25' L, 2-SECTION, W/ PREDRILL