**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Interlake Material Handling, Inc., *et al.*,[1] | ) | Case No. 09-10019 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket No. __ |

## ORDER PURSUANT TO SECTIONS 327(a), 328 AND 363 OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF GREAT AMERICAN GROUP, LLC AS AUCTIONEER FOR THE DEBTORS AND AUTHORIZING THE SALE OF ASSETS

This matter having come before the Court on the motion (the "Motion")[1] of the above captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order pursuant to sections 327(a), 328 and 363 of Title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code") and Rules 2002, 6004, 9006 and 2014 of the Federal Rules of Bankruptcy Procedure (i) authorizing and approving the employment and retention of Great American Group, LLC as auctioneer for the Debtors consistent with the terms of the Agreement, substantially in the form attached to the Motion as **Exhibit B** and (ii) authorizing the sale of the Assets; and upon consideration of the Motion and the Court being satisfied that Great American represents no interest adverse to the Debtors' estates with respect to the matters upon which it is to be engaged, that Great American is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that the employment of Great American is necessary and in the best interests of the Debtors and their estates; it being in the best interests of the Debtors, their creditors, and all other parties in interest

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Interlake Material Handling, Inc. (9435); United Fixtures Company, Inc. (2048); UFC Interlake Holding Co. (9905), and Conco-Tellus, Inc. (9950). The address for all of the Debtors is 1230 E. Diehl Road, Suite 400, Naperville, Illinois 60563, except for United Fixtures Company, Inc., whose address is 4300 Quality Drive, South Bend, Indiana 46628.

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

DB02:7761739.1                                                                                                         067999.1001

herein that the Assets be sold pursuant to an auction or auctions conducted by Great American under section 363(b) of the Bankruptcy Code and Bankruptcy Rules 2002(c)(1) and 6004(f)(1); it appearing that due notice of the Motion has been given and that no other or further notice need be given; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All objections to the relief requested in the Motion that have not been withdrawn, waived or settled as announced to the Court at the Hearing or by stipulation filed with the Court, are overruled except as otherwise set forth herein.

3. In accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain Great American as the Debtors' auctioneer and liquidation agent upon the terms and conditions set forth in the Motion and the Agreement, effective as January 19, 2009.

4. Great American shall be compensated in accordance with the Agreement and section 328(a) of the Bankruptcy Code and without further order of the Court. The Debtors shall file a monthly summary report of the compensation provided to the Consultant, subject to objection within eighteen (18) days of filing with the Court (the "Objection Period"), such compensation to be in accordance with the terms of the Agreement. At the conclusion of Great American's engagement, the Debtors shall file, subject to the Objection Period, a final summary report of all compensation provided to Great American, such compensation to be in accordance with the terms of the Agreement.

5. The Debtors are authorized to sell the Assets pursuant to an auction or auctions conducted by Great American pursuant to section 363 of the Bankruptcy Code.

6. Each party participating at an auction shall acknowledge that it is not an insider of the Debtors and that it has not engaged in any collusion with respect to the bidding or the sale and accordingly, upon such acknowledgements, any purchasers of the assets authorized to be sold hereunder shall have the benefit of the protections set forth in section 363(m) of the Bankrutpcy Code.

7. All creditors will be permitted to attend the auctions, which shall be videotaped or transcribed and be conducted openly.

8. Pursuant to section 363(f) of the Bankruptcy Code, the Assets shall be sold free and clear of any and all liens, claims or encumbrances, if any, with such liens, claims and encumbrances to attach to the net proceeds of the sales received by the Debtors.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion, including any and all actions necessary or appropriate to perform and consummate the auctions and the sale and transfer of the Assets at the auctions to the successful bidders (or other bidders in the event a successful bidder does not consummate its bid) in accordance with the Motion and this Order.

10. Within ten (10) days of the conclusion of any auction, Great American or the Debtors shall file an itemized statement of the Assets sold, the name of each purchaser, and the price received by the Debtors for each item or lot sold at the auction.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order

Date: Wilmington, Delaware
       Feb 3        , 2009

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE